Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
          Plaintiff, )
           v. )
RUBEN SALAZAR, )
          Defendant. )
                     )

NO. CR08-5439RBL

STIPULATED PROTECTIVE ORDER

THIS MATTER, having come before the Court on a Stipulated Motion for Entry

of a Protective Order, and the Court finding there are compelling reasons to enter a

protective order in the above-captioned case, it is hereby ORDERED :

**PROTECTIVE ORDER**

The personal information related to any victims or witnesses, and any document

containing personal information related to any victims or witnesses, provided by the

government in discovery is deemed Protected Material.  As used in this Order, the term

"personal information" refers to each victim or witness's date of birth, Social Security

number, driver's license number, bank account numbers, address, telephone number,

location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record in the above

captioned case and their investigators.  The attorneys of record and their investigators

may not share or review the Protected Material in any manner with any other person,

including the Defendant.  This order, however, does not prohibit the attorneys of record

PROTECTIVE ORDER/SALAZAR
CR08-5439 (RBL) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    from discussing the contents of documents containing personal information with

2    Defendant and prospective witnesses, as long as the attorneys of record do not share the

3    document with Defendant or share any personal information of victims or witnesses with

4    Defendant or prospective witnesses.  The attorneys of record and their investigators shall

5    keep any Protected Material secured whenever the Protected Material is not being used in

6    furtherance of their work in the above captioned case.  The parties agree that this

7    Protective Order may be modified, as necessary, by filing with the Court a Stipulated

8    Order Modifying the Protective Order.

9            DATED this 26th day of June, 2008.

10

11

12    _____
      Ronald B. Leighton

13    United States District Judge

14    Presented by:

15    /s Catherine L. Crisham
16    CATHERINE L. CRISHAM
      Assistant United States Attorney

17

18    /s Steven Krupa
      *STEVEN KRUPA
19    Attorney for Ruban Salazar
      Signed pursuant to electronic mail authorization
20

21

22

23

24

25

26

27

28

STIPULATED PROTECTIVE ORDER/SALAZAR
CR08-5439 (RBL)